UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
================================================================

BRUCE G. PENTLAND,

                      Plaintiff,

-against-

AMERICA WORKS OF ALBANY, INC.,
AMERICA WORKS OF NEW YORK INC.,
LEE BOWES AND PETER COVE,

                      Defendants.
================================================================

**NOTICE OF DISMISSAL WITH PREJUDICE**

Docket No: 07-CV-0326
FJS/DRH

The plaintiff having commenced this action on March 27, 2007, and no answer or notice of appearance having been served, and the subject matter of this dispute having been resolved, the plaintiff hereby discontinues this action with prejudice and upon the merits.

Dated:    May 11, 2007

_____
Richard A. Kohn, Esq.
Bar Roll No: 103170
Attorney for Plaintiff
74 Chapel Street
Albany, New York 12207
Tel: (518) 458-8080
Fax: (518) 462-8027
E-Mail: rakohn28@yahoo.com

**SO ORDERED**
_____
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE
5/14/07